1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Donald Young and Beverly Young
6
7
8
9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11
12
13 _____    )   CASE NO.  C06-0284 (CRB)
   IN RE: BEXTRA AND CELEBREX           )
14 MARKETING SALES PRACTICES AND        )   MDL NO. 1699
   PRODUCT LIABILITY LITIGATION         )   District Judge: Charles R. Breyer
15 _____    )
                                        )
16 DONALD YOUNG AND BEVERLY             )
   YOUNG,                               )
17                                      )   STIPULATION AND ORDER OF
                                        )   DISMISSAL WITH PREJUDICE
18         Plaintiffs,                  )
                                        )
19 vs.                                  )
                                        )
20 G.D. SEARLE & CO., PHARMACIA         )
   CORPORATION; MONSANTO                )
21 COMPANY, a Delaware corporation;     )
22 PFIZER, INC., a Delaware corporation;)
   PFIZER GLOBAL RESEARCH &             )
23 DEVELOPMENT,                         )
                                        )
24         Defendants.                  )
25 _____    )
26
27
28
                                          -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42531961.1

Come now the Plaintiffs, **DONALD YOUNG and BEVERLY YOUNG** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009         ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Donald Young and Beverly Young


DATED:   Oct. 22  , 2009         DLA PIPER LLP (US)

By:   /s/
Matt Holian
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE